IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN JOSEPH STOLTIE,

        Plaintiff,                     No. CIV S-07-1479 MCE JFM P

    vs.

ANA SOARES, et al.,

        Defendants.               ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983.  On February 20, 2008, plaintiff filed a document entitled "Motion for Summary Judgment," in which plaintiff alleges defendants have not yet answered the complaint and seeks entry of judgment against them.  This motion is construed as a motion for entry of default.

        However, a review of the court docket reflects that defendants filed an answer on January 16, 2008.  In addition, it appears plaintiff has been transferred to a different institution, yet failed to notify the court of his current address as required by Local Rule 83-182(f).  Indeed, on February 8, 2008, findings and recommendations were issued recommending that this action be dismissed based on plaintiff's failure to keep the court apprised of his current address. Plaintiff is cautioned that it is his responsibility to timely notify the court and opposing counsel when his address changes.

1

Good cause appearing, the findings and recommendations will be vacated and the Clerk of the Court will be directed to change plaintiff's address of record and provide him with copies of pertinent documents filed in the instant action. Plaintiff's motion will be denied.

IT IS HEREBY ORDERED that:

1. Plaintiff's February 20, 2008 motion for summary judgment, construed as a request for entry of default, is denied;

2. The February 8, 2008 findings and recommendations are vacated;

3. The Clerk of the Court is directed to change plaintiff's address of record to the following:

> Brian Stoltie
> CDCR #V45622
> P.O. Box 2000
> Vacaville, CA  95696-2000

4. The Clerk of the Court is directed to send plaintiff a copy of the following documents: answer (docket no. 16); order (docket no. 17); scheduling order (docket no. 18) and discovery order (docket no. 19); and findings and recommendations (docket no. 25).

DATED: February 22, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

001; stol1479.vac