IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN JOSEPH STOLTIE,

      Plaintiff,                          No. CIV S-07-1479 MCE JFM P

   vs.

ANA SOARES, M.D., et al.,

      Defendants.                ORDER

_____/

      Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983. On March 5, 2008, plaintiff filed a motion for court order in which he asked the court to allow him to use a tape recorder in a deposition instead of a court reporter, pursuant to Fed. R. Civ. P. 30. Defendants oppose the motion.

      Rule 30(b)(3) reads, in pertinent part, as follows:

      (3) Method of Recording.

      (A) Method Stated in the Notice. The party who notices the deposition must state in the notice the method for recording the testimony. Unless the court orders otherwise, testimony may be recorded by audio, audiovisual, or stenographic means. The noticing party bears the recording costs. Any party may arrange to transcribe a deposition.

      (B) Additional Method. With prior notice to the deponent and other parties, any party may designate another method for recording the

1

1  testimony in addition to that specified in the original notice. That
2  party bears the expense of the additional record or transcript unless the court orders otherwise.

3  Id.  However, Fed. R. Civ. P. 30(b)(5)(A) states that "[u]nless the parties stipulate otherwise, a

4  deposition must be conducted before an officer appointed or designated under Rule 28.  Plaintiff

5  is not authorized under Fed. R. Civ. P. 28 to serve as an officer authorized to administer oaths.

6  Id.  Plaintiff's motion to record the deposition rather than employ a court reporter will be denied.

7  Accordingly, IT IS HEREBY ORDERED that plaintiff's March 5, 2008 motion is

8  denied.

9  DATED:  March 14, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; stol1479.dep