IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN JOSEPH STOLTIE,

        Plaintiff,                      No. CIV S-07-1479 MCE JFM P

    vs.

ANA SOARES, M.D., et al.,

        Defendants.              <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983.  On April 7, 2008, plaintiff filed a motion for assistance with discovery expenses.[1]  Plaintiff states he has one key witness he needs to depose but does not have the funds necessary to take the deposition.

        There is no statutory authority, in cases brought in forma pauperis under 28 U.S.C.A. § 1915, for prepayment of the expenses associated with taking depositions.  However, plaintiff may seek leave of court to take a deposition by written questions.  Plaintiff may file a motion to depose his key witness by written questions, but he must identify the witness and explain how that testimony is critical to plaintiff's case.

---

[1] Plaintiff also stated he needs to obtain requested items from the defendants.  Plaintiff may wish to use other discovery devices, such as a request for production of documents pursuant to Fed. R. Civ. P. 34 or interrogatories to parties pursuant to Fed. R. Civ. P. 33.

1

1       Accordingly, IT IS HEREBY ORDERED that plaintiff's April 7, 2008 motion is
2  denied without prejudice.
3  DATED: May 29, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

7  /001; stol1479.depx