IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN JOSEPH STOLTIE,

       Plaintiff,                       No. CIV S-07-1479 MCE JFM P

    vs.

ANA SOARES, et al.,

       Defendants.             ORDER

_____/

        Plaintiff is a state prisoner proceeding in propria persona and in forma pauperis with a civil rights action pursuant to 42 U.S.C. § 1983. On July 9, 2008, the court partially granted plaintiff's motion to compel certain discovery responses. On July 7, 2008, plaintiff renewed his request for expenses incurred in bringing the May 23, 2008 motion to compel. Plaintiff sought the sum of $8.44 as reasonable expenses in obtaining the order. On July 9, 2008, defendants objected to plaintiff's motion for costs because (a) plaintiff failed to account for or itemize how he determined the amount of $8.44; and (b) plaintiff failed to notify defendants, prior to bringing the motion to compel, that he had been denied access to his mental health file and medical records, nor did he contact counsel to arrange for the inspection and copying of those records prior to bringing the motion to compel.

/////

Rule 37(a)(5) of the Federal Rules of Civil Procedure provides that an award of expenses must not be ordered if: "(i) the movant filed the motion before attempting in good faith to obtain the disclosure or discovery without court action; ii) the opposing party's nondisclosure, response, or objection was substantially justified; or (iii) other circumstances make an award of expenses unjust." Fed. R. Civ. P. 37(a)(5).

After review of the record, it appears to the court that the positions of both parties were substantially justified and no award of expenses will be made.

Accordingly, IT IS HEREBY ORDERED that plaintiff's July 7, 2008 motion for court order is denied.

DATED: July 21, 2008.

_____
UNITED STATES MAGISTRATE JUDGE

/001; stol1479.exp