IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN JOSEPH STOLTIE,

    Plaintiff,               No. 2:07-cv-1479 MCE JFM P

    vs.

ANA SOARES, M.D., et al.,

    Defendants.           ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint. On August 12, 2008, plaintiff filed a motion to compel a response to request for production of documents number 8. Plaintiff seeks copies of all reports written by defendants J. Rayfield, J. Halloway, L. Terry, and D. Bennett, on the use of force February 14, 2007 against the plaintiff. Plaintiff seeks $8.14 as his reasonable expenses in making the motion.

        Defendants contend that they have provided all documents in their possession that are responsive to this request, and that the only Special Incident Report prepared about the February 14, 2007 use of force has previously been provided to plaintiff. Plaintiff argues that defendants should have stated that in their discovery response rather than waiting until the motion to compel had been filed and, further, that CDCR regulations require each person who used force to complete a Special Incident Report. Plaintiff asks the court to impose consequences for their failure to do so.

1

1 | Defendants cannot be compelled to produce documents they do not have.  If
2 | plaintiff believes defendants failed to adhere to regulations concerning the preparation of reports,
3 | he may seek to introduce said evidence at trial.  Because plaintiff has been provided with copies
4 | of all documents in defendants' possession, the motion to compel and for expenses will be
5 | denied.
6 | In accordance with the above, IT IS HEREBY ORDERED that plaintiff's August
7 | 12, 2008 motion to compel and for expenses [docket no. 61] is denied.
8 | DATED:  September 19, 2008.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

001; stol1479.mtc