1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN JOSEPH STOLTIE,

        Plaintiff,                    No. CIV S-07-1479 MCE JFM P

     vs.

ANA SOARES, M.D., et al.,

        Defendants.            ORDER

_____/

        Plaintiff is a state prisoner proceeding pro se with a civil rights complaint pursuant to 42 U.S.C. § 1983.  On November 7, 2008, plaintiff filed a motion to compel defendant Gooselaw to answer interrogatories.  However, the interrogatories were propounded on July 7, 2008 and were served by mail on counsel for other defendants prior to service of process on defendant Gooselaw.  Defendant Gooselaw filed an answer on October 10, 2008.  Accordingly, plaintiff's interrogatories were prematurely propounded and plaintiff's motion to compel must be denied without prejudice.  The discovery deadline was extended to December 26, 2008.  See November 7, 2008 Order.  Plaintiff may now propound interrogatories to defendant Gooselaw.

/////

/////

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's November 7, 2008

2  motion [docket no. 74] is denied without prejudice.

3  DATED:  November 17, 2008.

4

5

6

UNITED STATES MAGISTRATE JUDGE

7  /001; stol1479.int

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26