IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN JOSEPH STOLTIE,

    Plaintiff,      No. 2:07-cv-1479 MCE JFM (PC)

  vs.

DR. ANA SOARES, SR. MTA BENNETT, MTA TERRY, et al.,

    Defendants.      <u>ORDER</u>

_____/

    Defendants have requested an application for relief from the filing deadline for two late documents in support of their motion for summary judgment. Based on a showing of due diligence, this Court hereby grants the relief for late filing of the following two documents described below:

    a. Defendants' Evidence of Attached Exhibits in Support of Defendants' Separate Statement of Undisputed Facts And Evidence in Support of Defendants' Motion For Summary Judgment or Partial Summary Judgment filed on February 21, 2009 at 12:25 a.m.

    b. Declaration of Joseph Holloway in Support of Defendants' Motion for Summary Judgment, which was e-filed and served on Plaintiff by overnight service on January 23, 2009.

To ensure that there is no prejudice to plaintiff, plaintiff shall be granted an extension of time to file and serve any opposition. Plaintiff should review the summary of his obligations with

1

respect to a motion for summary judgment, which is set forth in paragraph 10 in the district court's Order and Order Directing Service dated August 28, 2007 (Docket No. 14) and in paragraph 10 of the district court's Order and Order Directing Service dated July 21, 2008 (Docket No. 56).

Good cause appearing, IT IS HEREBY ORDERED that:

1. Defendants' February 23, 2009 application (#81) is granted;

2. The two filings identified as (a) and (b) above are deemed timely filed; and

3. Plaintiff is granted an extension of time, to and including March 27, 2009, in which to file and serve his opposition to defendants' motion for summary judgment.

DATED: March 4, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; stol1379.eot