IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN JOSEPH STOLTIE,

    Plaintiff,                    No. 2:07-cv-1479 MCE JFM (PC)

   vs.

DR. ANA SOARES, SR. MTA BENNETT, MTA TERRY, et al.,

    Defendants.              <u>ORDER</u>

/

        Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On April 13, 2009, plaintiff's mother wrote the court indicating her son was having mental health difficulties and requested plaintiff be granted an extension of time.

        Plaintiff's mother is advised that only plaintiff may file documents in the instant action. Plaintiff may not have family members appear in the action or file requests on his behalf. The court has granted plaintiff an additional thirty days in which to oppose the pending motion for summary judgment. However, if plaintiff is unable to comply with this deadline, he must personally notify the court and seek additional time. Plaintiff is cautioned, however, that this court will not indefinitely stay this action. It is incumbent upon plaintiff to diligently prosecute this case.

1

Good cause appearing, IT IS HEREBY ORDERED that the Clerk of the Court is directed to serve a copy of this order on plaintiff's mother as follows:

>Hope Stoltie
>125 Deborah Lane
>Greenville, SC  29611

Ms. Stoltie's filing will be placed in the court file and disregarded.

DATED:  April 16, 2009.

_____
UNITED STATES MAGISTRATE JUDGE

/001; stol1379.ext