IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRIAN JOSEPH STOLTIE,

      Plaintiff,                    No. 2:07-cv-1479 MCE JFM (PC)

    vs.

DR. ANA SOARES, SR. MTA BENNETT, MTA TERRY, et al.,

      Defendants.             ORDER

                                /

          On August 23, 2011, plaintiff filed a request for a list of his pending cases. Plaintiff contends he was not taking his medication and, thus, lost track of his legal work. As a one-time courtesy, plaintiff is informed that he filed three cases in this court: 2:07-cv-1479-MCE-JFM, the instant case, which was closed on June 26, 2009; 2:08-cv-1885-RRC, which is pending on his second amended complaint; and 2:08-cv-2584-KJM-DAD, which was closed on July 11, 2011.

DATED: September 8, 2011.

                                                  UNITED STATES MAGISTRATE JUDGE

/014; stol1379.jo

1